# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          : NO. 548
                                                :
ORDER AMENDING RULE 574            : CRIMINAL PROCEDURAL RULES
OF THE PENNSYLVANIA RULES OF    : DOCKET
CRIMINAL PROCEDURE                      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of September, 2023, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 574 of the Pennsylvania Rules of Criminal Procedure is amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective January 1, 2024.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.